GEORGE WASHINGTON MEMORIAL PARK CEMETERY ASSOCIA-
TION, &c., et al., respondent,

*v.*

MEMORIAL DEVELOPMENT COMPANY, &c., defendant.

[Argued February 10th, 1947.   Decided May 15th, 1947.]

*Messrs. Chandless, Weller & Kramer (Mr. Ralph W. Chand-less,* of counsel), for the appellants.

*Messrs. Breslin & Breslin (Mr. John J. Breslin, Jr.,* of counsel), for the respondent.

*Messrs. Brogan, Hague & Malone (Mr. Thomas J. Brogan,* of counsel), for Frank DeGeeter.

*Messrs. Milton, McNulty & Augelli* and *Messrs. Major & Carlsen (Mr. Anthony T. Augelli* and *Mr. James A. Major,* of counsel), for the complainant.

PER CURIAM.

The order appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Egan and reported at *139 N. J. Eq. 219.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, McLEAN, JJ.   13.

*For reversal*—None.